Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of **COLUMBIA**

Division

REVEREND DOCTOR BECK PhD,

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

–v–

WILLIAM PELHAM BARR, et al (see attached)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case: 1:20–cv–03659 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 12/11/2020
Description: Pro Se Gen. Civ. (F–DECK)

Jury Trial: *(check one)*  ☒ Yes  ☐ No

IN IMMINENT DANGER OF SERIOUS
PHYSICAL AND MENTAL HARM

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)    Please see attached

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name

Address

|  | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address

### B.    The Defendant(s)    Please see attached

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name

Job or Title *(if known)*

Address

|  | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Address

|  | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

PARTIE(S) NAMES AND ADDRESS (to plaintiff's knowledge)

PLAINTIFF IS :

Reverend Doctor Beck PhD, 7505 Country Club Drive, Golden Valley, Minnesota. 55427, (612) 450-7172 (cell), beckphd333@gmail.com.

DEFENDANTS ARE:

William Pelham Barr, United States Attorney General, United States Department of Justice, 950 Pennsylvania Avenue N.W., Washington D.C., 20530.

John G. Roberts, Chief Justice of the United States Supreme Court, 1 First Street NE, Washington D.C., 20543.

Lavanski R. Smith, Chief Justice of the United States Court of Appeals for the Eighth Circuit, Thomas F. Eagleton Courthouse, 111 South 10th Street, Room 24.329, St. Louis, Missouri. 63102.

Erica H. MacDonald, United States District Attorney, 316 North Robert Street, St. Paul, Minnesota.55101.

James A. Crowell, Director/Executive Officer/United States Attorney, 950 Pennsylvania Avenue N.W., Washington D.C., 20530.

John R. Tunheim, Chief Judge United States District Court/District of Minnesota, 316 North Robert Street, St. Paul, Minnesota. 55101.

Paul A. Magnuson, Judge United States District Court/District of Minnesota, 316 North Roberts Street, St. Paul, Minnesota. 55101.

David S. Doty, Judge United States District Court/District of Minnesota, 316 North Robert Street, St. Paul, Minnesota. 55101.

Richard H. Kyle, Judge United States District Court/District of Minnesota, 316 North Robert Street, St. Paul, Minnesota. 55101.

2 A.

Michael J. Davis, Judge United States District Court/District of Minnesota, 316 North Robert Street, St. Paul, Minnesota. 55101.

Donovan W. Frank, Judge United States District Court/District of Minnesota, 316 North Robert Street, St. Paul, Minnesota. 55101.

Ann D. Montgomery, Judge United States District Court/District of Minnesota, 316 North Robert Street, St. Paul, Minnesota. 55101.

Paul Schnell, Commissioner/ Minnesota Department of Corrections, 1450 Energy Park Drive, St. Paul, Minnesota. 55108.

Thomas H. Boyd, Attorney at Law, 225 South 6th Street, Minneapolis, Minnesota. 55402.


ALL ABOVE NAMED DEFENDANT(S) ARE SUED IN BOTH INDIVIDUAL AND OFFICIAL CAPACITIES WHILE ACTING UNDER COLOR OF STATE AND FEDERAL LAW(S).

PLAINTIFF IS DEMANDING JURY TRIAL IN THIS ACTION.

PLAINTIFF DOES NOT CONSENT TO MAGISTRATE JURISDICTION FINAL DETERMINATION IN THIS ACTION.

PLAINTIFF IS IN IMMINEMT DANGER OF SERIOUS PHYSICAL AND MENTAL HARM !

2 B.

Defendant No. 3

Name

Job or Title *(if known)*

Address

| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**Plaintiff's 1ˢᵗ Amendment Right, Plaintiff's 4ᵗʰ Amendment Right, Plaintiff's 5ᵗʰ Amendment Right, Plaintiff's 7ᵗʰ Amendment Right, Plaintiff's 8ᵗʰ Amendment Right, Plaintiff's 14ᵗʰ Amendment Right.**

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please see attached Statement / Summary of Claim

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

**All events giving rise to plaintiff's claims occurred while plaintiff was incarcerated at the following correctional facilities: Minnesota Correctional Facility Stillwater, 970 Pickett Avenue North, Bayport, Minnesota. 55003, and Minnesota Correctional Facility Oak Park Heights, 5320 North Osgood Avenue, Oak Park Heights, Minnesota. 55082.**

B. What date and approximate time did the events giving rise to your claim(s) occur?

**The events giving rise to plaintiff's claims occurred between the dates of January 1st 1994 through October 15th 2015. Plaintiff respectfully reiterates to the court there is no statute of limitations regarding constitutional violations.**

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

**First and foremost, plaintiff respectfully informs the court that each of the above named defendant(s) are in direct physical possession of documentation attesting to the following facts underlying plaintiff's claims. Through the course of full and proper discovery authorized and matter of right by rule of court, it can and will be evidenced that each of the above named defendant(s) under like circumstance of private citizens, acted in concert and participation(s) , and under respondeat superior doctrine, to intentionally deprive plaintiff of constitutional protections causing plaintiff grave injury, torture, and mental harm. Each of the above named defendant(s) personal acts, bias, and prejudices have contributed to plaintiff's serious physical harm and injury, mental abuse and torture, imminent dangers of serious additional physical harm(s), and specifically plaintiff's sterilization.**

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

First and foremost, plaintiff states that both the United States District Court for the District of Minnesota Third Division, The United States Court of Appeals for the Eighth Circuit, and each of the above named defendant(s) have direct physical documentation attesting to the severity and extent of the physical injuries, pain, and mental torture plaintiff suffered in lieu of plaintiff mailing the above copies of such during plaintiff's pleas for defendant(s) interventions. Plaintiff also retains original documentation of the above subject to rules of discovery in this action however, in laymens terms, plaintiff suffered immense physical and mental tortures while his right testicle remained the size and color of a black baseball exceeding five (5) years, plaintiff was unable to sit or stand for periods of time exceeding a few minutes, plaintiff urinated visible blood consistently,  all the while the above named defendant(s) acted in concerts and participations to deny plaintiff urgently needed medical attention, confiscated plaintiff's legal documents on numerous occasions to prevent plaintiff from litigating his urgent need for medical attention, and basically allowed the continuance of plaintiff's sufferings in direct retaliations for plaintiff's initiations of such. Five (5) years later when plaintiff finally received his surgeries, plaintiff required three total in a short period of time, in which the third resulted in his involuntary sterilization.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff is demanding jury trial in this action as specifically provided for by Federal Rules of Civil Procedure,

Rule 38,  as matter of right and law.

Plaintiff does not consent to magistrate judge final determination / full jurisdiction  in this action.

Plaintiff is requesting as damages in the above action, the sum of Two Hundred Thousand Dollars and Zero

Cents ($200,000.00) from each defendant found to have violated plaintiff's civil right for total sum certain of

Two Million Eight Hundred Thousand Dollars and Zero Cents ($ 2, 800,000.00).

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    NOVEMBER 25th 2020

Signature of Plaintiff    _Reverend Doctor Beck PhD_

Printed Name of Plaintiff    Reverend Doctor Beck PhD

Beck is full legal name, no first or middle name.

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____
E-mail Address    _____